PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: Michael Jean Arthur          Case Number: 3:09-00169

Name of Sentencing Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: February 14, 2011

Original Offense: Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and Count Two: Possession With Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1).

Original Sentence: 71 months' custody on Count One and 60 months' custody on Count Two, to run concurrently, followed by 3 years' supervised release on each count.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 6, 2016

Assistant U.S. Attorney: To be assigned          Defense Attorney: Jonathan Richardson

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Considered this ___9___ day of
___Sept___, 2016, and made a part of the records
in the above case.

_Montranese Vinson_
Montranese Vinson
U.S. Probation Officer

_Todd Campbell_
Honorable Todd J. Campbell
U. S. District Judge

Place:   Nashville, Tennessee

Date:    September 9, 2016

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**            **The defendant shall refrain from any unlawful use of a controlled substance:**

On August 30, 2016, Mr. Arthur tested positive for marijuana use. When questioned about the sample, the offender initially denied use, however, during a subsequent conversation, he admitted he smoked marijuana with his cousin. He indicated he took a "couple of hits" from a "joint."

## Compliance with Supervision Conditions and Prior Interventions:

Michael Arthur is a resident of Montgomery County, Tennessee, and has been on supervision since May 6, 2016. He is scheduled to terminate supervision on May 5, 2019. Mr. Arthur resides with his mother and is employed Rainbow Incorporated as a packer.

As noted above, Mr. Arthur tested positive for marijuana use. Although he initially denied use, he has recently admitted he smoked marijuana. Mr. Arthur will be referred for a substance abuse assessment to determine if he is in need of treatment. He will continued to be monitored by random drug testing.

## Probation Officer Recommendation:

At this time, the probation officer is requesting that no action be taken by the Court, so that Mr. Arthur can participate in substance abuse treatment if deemed necessary by the treatment provider. It is recommended that Mr. Arthur continue on supervised release. Any additional violations will be reported to the Court in a timely manner.

The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with the recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer